**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FIRST QUALITY MAINTENANCE II, LLC
d/b/a/ ALLIANCE BUILDING SERVICES and
REALTY ADVISORY BOARD ON LABOR
RELATIONS, INC.

                        Petitioners,                        22 **CIVIL** 6347 (JSR)

                -against-                         **JUDGMENT**

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 32BJ,
                       Respondent.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated September 23, 2022, the Award of Gary

Kendellen, dated February 17, 2022, in the matter of the arbitration of the parties hereto shall be

and is hereby Confirmed; accordingly, the case is closed.

**Dated**: New York, New York
        September 29, 2022

                                 **RUBY J. KRAJICK**
                              _____
                                  **Clerk of Court**
**BY:**
                                  _____
                                  **Deputy Clerk**